1118

## PARKER v. STATE.
### No. 22413.

Court of Criminal Appeals of Texas.

Feb. 24, 1943.

M. E. Gates, of Huntsville, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for swindling; punishment assessed being two years in the penitentiary.

No bills of exception or statement of facts are brought forward. Nothing is presented for review.

The judgment is affirmed.

## SALINAS v. STATE.
### No. 22400.

Court of Criminal Appeals of Texas.

Feb. 24, 1943.

H. L. Yates, of Brownsville, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to murder; punishment assessed at two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## PHILLIPS v. STATE.
### No. 22404.

Court of Criminal Appeals of Texas.

March 10, 1943.

Cavett S. Binion, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

It is made to appear by proper affidavit that the appellant has died since the notice of appeal was given in this case.

The appeal is therefore abated.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.